RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Petitioner,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE | Case No. 25-mc-80190<br><br>**DECLARATION OF CHRISTOPHER J. CORDOVA IN SUPPORT OF REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGER** |

# DECLARATION OF CHRISTOPHER J. CORDOVA

I, Christopher J. Cordova, declare as follows:

1. I am an individual residing in the State of Colorado. I am the operator of the YouTube channel known as Denver Metro Audits (https://www.youtube.com/@DenverMetroAudits).

2. I submit this declaration in support of my request for issuance of a subpoena to Google, LLC d/b/a YouTube ("YouTube"), pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The purpose of the DMCA Subpoena is to identify the alleged infringer or infringers who posted substantial portions of my audio-visual works on the YouTube channel https://www.youtube.com/@1aAuditsExpose without my authorization, and those postings infringe on my copyrights (the "Infringing Content"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3. On July 4, 2025, I submitted several DMCA notifications, via YouTube's online DMCA notification form, identifying the Infringing Content on YouTube's platform and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as Exhibit 1 is a true and correct copy of two emails reflecting the information I submitted through YouTube's online form, along with YouTube's response to the DMCA notification.

4. The purpose for which the DMCA Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and such information will only be used for the purpose of protecting my rights under 17 U.S.C. §§ 100, *et seq*.

**CORDOVA DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF DMCA SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE**

1  I declare under penalty of perjury under the laws of the State of Florida and the
2  United States of America that the foregoing is true and correct.
3  Executed on July 9, 2025 at Denver, Colorado.



Christopher J. Cordova

3
**CORDOVA DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF DMCA SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE**

# EXHIBIT 1



DMCA Lawyer <thedmcalawyer@gmail.com>

## [OJFDPTAO324RNMVUVP6ROIRMLQ] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+0k2bb09isgtar07@google.com>  Fri, Jul 4, 2025 at 12:52 PM
Reply-To: YouTube Copyright <youtube-disputes+0k2bb09isgtar07@google.com>
To: denvermetroaudits@gmail.com
Cc: thedmcalawyer@gmail.com



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Christopher Cordova
- Your Full Legal Name (Aliases, usernames or initials not accepted): Christopher Cordova
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 4643 S Lowell Blvd Unit B
    - Denver, CO 80236
    - US
- Username: Denver Metro Audits
- Email Address: denvermetroaudits@gmail.com
- Secondary Email Address: thedmcalawyer@gmail.com
- Phone: [REDACTED]

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0HdUBAXnR38
- Describe the work allegedly infringed: My video
    - Source of video: 17Alpmw5ZPE
    - Type of video: Internet video
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0R9yqwiYYHw
- Describe the work allegedly infringed: My video
    - Source of video: mysdQMRORmY
    - Type of video: Internet video
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=5oQyVMx2kpY
- Describe the work allegedly infringed: My video
  - Source of video: JqObKkNmIkI
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=GmLnuWwQILc
- Describe the work allegedly infringed: My video
  - Source of video: _YPlITS4aKM
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HT8uBIkF47w
- Describe the work allegedly infringed: My video
  - Source of video: xhCA3HBXLWo
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=aRkIdr1UI6w
- Describe the work allegedly infringed: My video
  - Source of video: 17AIpmw5ZPE
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=adT-jtW53TU
- Describe the work allegedly infringed: My video
  - Source of video: SM_CCXiXqvw
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=mjfZpsaxR5Y
- Describe the work allegedly infringed: My video
  - Source of video: jt-v43TcvjQ
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=tI8O-FaXDUo
- Describe the work allegedly infringed: My video
  - Source of video: fIfHM-PjLJk
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vKNiaEVxSYc
- Describe the work allegedly infringed: My video
  - Source of video: 70QkN_7u71Q
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Christopher Cordova

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jul 4, 2025 denvermetroaudits@gmail.com wrote:

Video IDs: 0HdUBAXnR38, 0R9yqwiYYHw, 5oQyVMx2kpY, GmLnuWwQILc, HT8uBIkF47w, aRkIdr1UI6w, adT-jtW53TU, mjfZpsaxR5Y, tl8O-FaXDUo, vKNiaEVxSYc

   DMCA Lawyer <thedmcalawyer@gmail.com>

## [MGJQ3GCTBPUDHR5MFEUMWX2DUA] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+187f9b9571oxs07@google.com>   Fri, Jul 4, 2025 at 1:00 PM
Reply-To: YouTube Copyright <youtube-disputes+187f9b9571oxs07@google.com>
To: denvermetroaudits@gmail.com
Cc: thedmcalawyer@gmail.com



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Christopher Cordova
- Your Full Legal Name (Aliases, usernames or initials not accepted): Christopher Cordova
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 4643 S Lowell Blvd Unit B
    - Denver, CO 80236
    - US
- Username: Denver Metro Audits
- Email Address: denvermetroaudits@gmail.com
- Secondary Email Address: thedmcalawyer@gmail.com
- Phone: ▇▇▇▇▇▇▇▇▇▇

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=dDKRME4f7Dw
- Describe the work allegedly infringed: My video
    - Source of video: 4CcwQ9nC3aU
    - Type of video: Internet video
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=yQMwzdlodCo
- Describe the work allegedly infringed: My video
    - Source of video: mysdQMRORmY
    - Type of video: Internet video
    - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Christopher Cordova

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jul 4, 2025 denvermetroaudits@gmail.com wrote:

> Video IDs: dDKRME4f7Dw, yQMwzdlodCo